## BENJAMIN HUNTINGTON

v.

## JAMES HENRY

1808

### JOURNAL ENTRIES

1. Declaration filed; rule to plead . . . . . . *Journal, infra,* *p. 130
2. Judgment . . . . . . . . . . . . . . " 159
3. Rule to return execution . . . . . . . . . " 361

### PAPERS IN S. C. FILE

1. Writ of habeas corpus . . . . . . . . . . . .
2. Writ of habeas corpus and return . . . . . . . . .

3. Declaration . . . . . . . . . . . . . . .
4. Statement of accounts (certified) . . . . . . . . . .

PAPERS IN D. C. FILE

[None]